UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

APPEARANCE

LORI GONZALEZ

      Plaintiff

           3:12 CV 137

v.            Case Number

HMX, LLC

      Defendant

To the Clerk of this court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83-5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my appearance as counsel in this case for   **HMX, LLC**
_____
_____.

**4/5/2012**
Date

**/s/Shelbie J. Byers**
Signature

**Shelbie J. Byers, 28489-64**
Print Name

Proskauer Rose, 70 W. Madison, STE 3800
Address

**Chicago**      **IL**      **60602**
City      State      Zip Code

**312-962-3506**
Phone Number

**312-962-3551**
Fax Number

**sbyers@proskauer.com**
E-mail Address