UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
LORI GONZALEZ, :
:
                Plaintiff, :    3:12 CV 137
:
  against :
:
HMX, LLC, :
:
                Defendant. :
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant, HMX, LLC. ("HMX"), by its counsel Proskauer Rose, LLP, hereby moves this Court for an extension of time for HMX to answer or otherwise plead to Plaintiff's Complaint. In support of its Motion, HMX states as follows:

1. The Complaint in this matter was filed on March 20, 2012.

2. HMX's responsive pleading is due on April 10, 2012.

3. HMX has recently retained Proskauer in connection with this matter.

4. HMX and Proskauer are in the process of completing their investigation of the allegations alleged in the Complaint, but will be unable to complete such investigation and prepare an appropriate and responsive pleading prior to the April 10, 2012 due date.

5. As a result, HMX respectfully requests additional time, up to and including April 24, 2012, to file its responsive pleading.

6. HMX has not previously made a request for an extension of time to answer the Complaint.

7. The undersigned conferred with Michelle Bazin-Johnson, one of the attorneys for Plaintiff, about the requested extension of time. Plaintiff's counsel confirmed that she has no objection to this Court granting HMX's request for an extension of time up to and including April 24, 2012.

8. This motion is made in the interest of justice, not to delay the proceedings, and will not prejudice any party.

WHEREFORE, Defendant, HMX, by its attorneys, respectfully requests that this Court issue an order granting Defendant an extension of time, up to and including April 24, 2012, to file its answer or otherwise respond to Plaintiff's Complaint.

Dated: April 5, 2012.

Respectfully submitted,

**HMX, LLC.**

By:     /s/Shelbie J. Byers
       One of its Attorneys

Nigel F. Telman, Esq.
Shelbie J. Byers, Esq.
Proskauer Rose LLP
Three First National Plaza
70 West Madison Street, Suite 3800
Chicago, IL  60602
Phone: (312) 962-3550
Fax: (312) 962-3551

## CERTIFICATE OF SERVICE

    I, Shelbie J. Byers, one of the attorneys for Defendant HMX, certify that I caused a copy of the attached Agreed Motion for Extension of Time to be served by e-mail through the Court's ECF system, upon counsel for Plaintiff:

Michelle Bazin-Johnson
705 Lincolnway
LaPorte, IN 46350

this 5th day of April, 2012.

                                                           /s/Shelbie J. Byers