UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
LORI GONZALEZ,                                :
:
               Plaintiff,   :   3:12 CV 137
  against                                   :
:
HMX, LLC,                                     :
:
               Defendant.   :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## ORDER

NOW COMES, HMX, and presents its Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint, the Court being fully advised on the premises, IT IS, THEREFORE, ORDERED THAT:

1. Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint is hereby granted.

2. HMX has to and including April 24, 2012 to Answer or Otherwise Plead to Plaintiff's Complaint.

So Ordered

DATED: April 9, 2012

                                           s/Christopher A. Nuechterlein
                                           Christopher A. Nuechterlein
                                           United States Magistrate Judge