UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

------------------------------------X
:
LORI GONZALEZ,                      :
                                    :
                    Plaintiff,      :    3:12 CV 137
                                    :
    against                         :
                                    :
HMX, LLC,                           :
                                    :
                    Defendant.      :
                                    :
                                    :
------------------------------------X

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

HMX, LLC. is a privately held company. No publicly held corporation owns 10% or more of HMX, LLC.'s stock.

Respectfully submitted,

**HMX, LLC**

By: ___/s/Shelbie J. Byers___
     One of Its Attorneys

Nigel F. Telman
Shelbie J. Byers
Proskauer Rose, LLP
70 West Madison Street
Suite 3800
Chicago, Illinois 60602
(312) 962-3550
(312) 962-3551 (Fax)

## CERTIFICATE OF SERVICE

I, Shelbie J. Byers, one of the attorneys for HMX, LLC, on behalf of Defendant hereby certify that I caused a copy of the foregoing Corporate Disclosure Statement to be served via Court's CM/ECF system upon the following:

Michelle Bazin-Johnson
Shaw R. Friedman
705 Lincolnway
LaPorte, Indiana  46350

on this 24th day of April, 2012.

/s/Shelbie J. Byers