UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

---------------------------------------X
:
LORI GONZALEZ,                         :
                                       :
                    Plaintiff,         :     3:12 CV 137
       against                         :
                                       :
HMX, LLC,                              :
                                       :
                    Defendant.         :
                                       :
                                       :
---------------------------------------X

## MOTION TO APPEAR TELEPHONICALLY

Defendant, HMX, LLC ("HMX" or "Defendant") by its undersigned counsel, Nigel F. Telman and Shelbie J. Byers of Proskauer Rose LLP, respectfully moves this Court for the entry of an order granting counsel for HMX to appear telephonically at the status conferences and hearings in this matter, and in support of this Motion, states as follows:

1.   Counsel for HMX is located in Cook County in Chicago, Illinois.

2.   Pursuant to this Court's Order of May 14, 2012, a telephonic appearance is permitted by motion of counsel outside of St. Joseph County, Indiana.

3.   Counsel for HMX has contacted Plaintiff's Counsel and she has represented that she has no objection to this Motion.

4.   Neither party will be prejudiced by the granting of this Motion.

**WHEREFORE**, the undersigned counsel respectfully requests this Court enter an order granting its Motion to Appear Telephonically at the status conference and hearings in this matter, including the Preliminary Pretrial Conference currently scheduled for June 5, 2012.

Dated: May 30, 2012

                        **HMX, LLC**

                  By:   /s *Shelbie J. Byers*
                        Nigel F. Telman
                        Shelbie J. Byers
                        Attorneys for Defendant
                        Three First National Plaza
                        70 West Madison, Suite 3800
                        Chicago, IL 60602
                        (312) 962-3548

## CERTIFICATE OF SERVICE

I, Shelbie J. Byers, one of the attorneys for Defendant HMX, certify that I caused a copy of the attached Motion to Appear Telephonically to be served via the Court's CM/ECF system on:

Michelle Bazin-Johnson
Shaw R. Friedman
705 Lincolnway
LaPorte, Indiana  46350

this 30 day of May, 2012.

_____/s/Shelbie J. Byers_____