UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
LORI GONZALEZ,                                                   :
:
                     Plaintiff,              :    3:12 CV 137
  against                                                        :
:
HMX, LLC,                                                        :
:
                     Defendant.              :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER**

      NOW COMES, HMX, LLC and presents its Motion to Appear Telephonically, the Court being fully advised on the premises, and the parties being advised, the Court now finds that said Motion should be GRANTED.

      IT IS HEREBY ORDERED that **ALL COUNSEL** may attend the Rule 16 Preliminary Pretrial Conference on **June 5, 2012, at 11:30 am**. (E.D.T.), via telephone.

      The court will call all counsel listed on the docket sheet unless it is notified that specified attorneys need not be contacted. If, at the time of the scheduled conference, you will not be at the telephone number identified on the docket sheet, notify court staff at (574) 246-8100 of the number at which you can be reached.

      SO ORDERED.

      Dated May 30, 2012

                            s/Christopher A. Nuechterlein
                            Christopher A. Nuechterlein
                            United States Magistrate Judge