UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

------------------------------------X
::::::::::::
LORI GONZALEZ,

               Plaintiff,               3:12 CV 137

  against

HMX, LLC,

               Defendant.

------------------------------------X

## MEDIATION REPORT

In accordance with the Court's order of June, 5 2012 and Local Rule 16-6, the parties report the following:

1. The parties have agreed to engage in mediation.

2. The parties are in the process of selecting and retaining a mediator located in the Northern District of Indiana.

3. Costs of the mediation will be divided equally between the parties.

4. The parties expect to conduct the mediation prior to the dispositive motion deadline, currently set for January 4, 2013.

Respectfully submitted,

| /s/ Michelle Bazin-Johnson | /s/ Shelbie J. Byers |
|---|---|
| Friedman & Associates, P.C. | Nigel F. Telman |
| 705 Lincolnway | Shelbie J. Byers |
| LaPorte, IN  46350 | Proskauer Rose, LLP |
| Telephone: (219) 326-1264 | Three First National Plaza |
| Facsimile: (219) 326-6228 | 70 West Madison, Suite 3800 |
| Michelle.bazinjohnson@comcast.net | Chicago, IL 60602-4342 |
|  | Telephone: 312.962.3506 |
| One of the Attorneys for Plaintiff | Facsimile:  312.962.3551 |
|  | NTelman@proskauer.com |
|  | SByers@proskauer.com |
|  |  |
|  | One of the Attorneys for Defendant |

1